March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -v-

Quaveon Ross

        ,  Defendant(s).

---------------------------------------------------------------X

**CONSENT TO PROCEED BY TEL/<u>VIDEOCONFERENCE</u>**

20 -CR- 57 GB (__) (__)

Defendant __Quaveon Ross__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___     Initial Appearance/Appointment of Counsel

_x_     Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___     Preliminary Hearing on Felony Complaint

___     Bail/Revocation/Detention Hearing

___     Status and/or Scheduling Conference

___     Misdemeanor Plea/Trial/Sentence

s/Quaveon Ross by KNF,USMJ
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)
Quaveon Ross
_____
Print Defendant's Name

s/Richard J. Ma by KNF,USMJ

Defense Counsel's Signature

Richard J. Ma
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

11/19/20
Date

*Kevin Nathaniel Fox*
_____
U.S. District Judge/U.S. Magistrate Judge