**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x

UNITED STATES OF AMERICA,

    -against-   ORDER

QUAVEON ROSS,   20 Crim. 57-21 (GBD)

    Defendant.

------------------------------------x

GEORGE B. DANIELS, United States District Judge:

A status conference is scheduled for February 24, 2021 at 11:00 a.m.

Dated: February 11, 2021
      New York, New York

SO ORDERED.

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE