USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 24 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,

    -against-

QUAVEON ROSS,

                Defendant.

------------------------------------x

ORDER

20 Crim. 57-21 (GBD)

GEORGE B. DANIELS, United States District Judge:

    David Meister is appointed as CJA counsel for the limited purpose of discussing potential conflicts with the continued representation of Defendant by his current counsel, Richard Ma.

Dated: February 24, 2021
       New York, New York

SO ORDERED.

_George B. Daniels_
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE