UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

UNITED STATES OF AMERICA,

    -against-       ORDER

QUAVEON ROSS,      20 Crim. 57-21 (GBD)

                       Defendant.
------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

    At Defendant's request, the sentencing scheduled for August 17, 2022 is adjourned to September 7, 2022 at 10:00 a.m.

    The Clerk of the Court is directed to close the open motion at ECF No. 528.

Dated: July 14, 2022
       New York, New York

                                             SO ORDERED.

                                             *[signature]*

                                             GEORGE B. DANIELS
                                             United States District Judge