UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

QUAVEON ROSS,

                            Defendant.

------------------------------------- x

ORDER

20 Crim. 57-21 (GBD)

GEORGE B. DANIELS, United States District Judge:

At Defendant's request, the sentencing scheduled for September 7, 2022 is adjourned to September 21, 2022 at 10:00 a.m.

The Clerk of the Court is directed to close the open motion at ECF No. 550.

Dated: August 23, 2022
       New York, New York

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge